UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ETUKUDOR WILLIAMS

v.    CA 09-055 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on December 1, 2009. Plaintiff has not filed any objection. The Court adopts the Report and Recommendation in its entirety. The petition is DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
December 22, 2009